[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

**FILED**

**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**January 6, 2006**
**THOMAS K. KAHN**
**CLERK**

No. 05-12147
Non-Argument Calendar
_____

D. C. Docket No. 04-00032-CR-J-20-MMH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADRIAN SANDOVAL,
a.k.a. Huero,
a.k.a. Guero,
a.k.a. Juero,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(January 6, 2006)**

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Roland Falcon, appointed counsel for Adrian Sandoval in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sandoval's conviction and sentence are **AFFIRMED**.